COM.

v.

**MATEO, E.**

**1784 MDA 2016**

Superior Court of Pennsylvania.

09/22/2017

CP–67–CR–0005730–2015 (York)

Affirmed

COM.

v.

**WADE, J., Jr.**

**2055 MDA 2016**

Superior Court of Pennsylvania.

09/22/2017

CP–08–CR–0000245–2016 (Bradford)

Affirmed

**HORNER, R.**

v.

**HORNER, C.**

**1618 WDA 2016**

Superior Court of Pennsylvania.

09/22/2017

2394 of 2010, G.D. (Fayette)

Affirmed

COM.

v.

**HUDSON, K.**

**526 WDA 2017**

Superior Court of Pennsylvania.

09/22/2017

CP–27–CR–0000077–2016 (Forest)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**GIST, K.**

**1370 EDA 2014**

Superior Court of Pennsylvania.

09/25/2017

CP–09–CR–0003596–2012 (Bucks)

Affirmed

COM.

v.

**BOCCALUPO, J.**

**1846 EDA 2015**

Superior Court of Pennsylvania.

09/25/2017

CP–51–CR–0006814–2014 (Philadelphia)

Affirmed